In the Matteer of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

Argued December 5, 1952; decided January 15, 1953.

908

*Stewart F. Hancock* for appellant.

*Robert G. Blabey* and *Donald L. Brush* for Commissioner of Agriculture and Markets of the State of New York, respondent.

*Raymond F. Allen, Grantier Neville* and *T. Carl Nixon* for Rochester Co-operative Milk Producers Bargaining Agency, Inc., and another, respondents.

*Wilford A. Le Forestier, Clinton M. Horn* and *Dean P. Taylor* for Holstein-Friesian Association of America, respondent.

*Joe Schapiro* for New York State Holstein-Friesian Association, respondent.

*Earl W. Brydges* and *Robert Lamont* for New York State Jersey Cattle Club, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.